AO 450 (Rev. 11/11)   Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT

### Mar 23, 2026
SEAN F. MCAVOY, CLERK

for the

Eastern District of Washington

DAVID S.

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| FRANK BISIGNANO, | ) |
| Commissioner of Social Security | ) |
| *Defendant* | ) |

Civil Action No.   1:24-CV-03190-JAG

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Pursuant to the Court Order at ECF No 15, Defendant's request to affirm the ALJ's decision, ECF No. 12, is GRANTED. Plaintiff's Motion for Summary Judgment/request for remand, ECF No. 10, is DENIED. Judgment is entered for Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   James A. Goeke.

Date:   3/23/2026

CLERK OF COURT

s/Sean F. McAvoy

*Signature of Clerk*